UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:22-cr-116-SPC-KCD

ALPHONSO LATAUREA JAMES

### **PRELIMINARY ORDER OF FOREFEITURE**[1]

Before the Court is the United States' Motion for Preliminary Order of Forefeiture. (Doc. 32). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting his interest in a Glock 9 caliber pistol, model number 19, serial number AGHZ787, with an extended magazine, loaded with assorted ammunition, seized from the defendant on or about August 10, 2022. *See* 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c); Fed. R. Crim. P. 32.2(b)(2). In so moving, the Government has connected the Glock 9 caliber pistol, model number 19, serial number AGHZ787, with an extended magazine, loaded with assorted ammunition to the adjudicated offense. The Court thus grants the United States' motion.

Accordingly, it is

**ORDERED**:

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

The United States' Motion for Preliminary Order of Forfeiture (Doc. 32) is **GRANTED**.

1. Defendant's interest in Glock 9 caliber pistol, model number 19, serial number AGHZ787, with an extended magazine, loaded with assorted ammunition, seized from the defendant on or about August 10, 2022 is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

2. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on June 9, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record