UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO.: 2:22-cr-116-SPC-KCD

ALPHONSO LATAUREAN JAMES

### **FINAL ORDER OF FORFEITURE**[1]

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 58). Now that Defendant has been adjudicated guilty, the Government seeks a final order forfeiting his interest in **the assorted rounds of ammunition loaded in the firearm** that was seized from Defendant on or about August 10, 2022, and that was subject to a June 9, 2023 Preliminary Order of Forfeiture. (Doc. 40).

Although the Government gave proper notice, no third parties have petitioned for or claimed an interest in **the assorted rounds of ammunition loaded in the firearm**, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in **the assorted rounds of ammunition loaded in the firearm** to the Government.

Accordingly, it is

---

[1] The United States is not seeking a final order of forfeiture for the Glock 9 mm firearm identified in the Preliminary Order of Forfeiture because the government was notified by the Bureau of Alcohol Tobacco Firearm and Explosives that the firearm was stolen. Therefore, ATF will return the firearm to its rightful owner.

**ORDERED**:

The United States' Motion for Final Order of Forfeiture (Doc. 58) is **GRANTED**.

1. Defendant's interest in **the assorted rounds of ammunition loaded in the firearm** that was seized from the defendant on or about August 10, 2022, is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on August 16, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record